## Lake Erie and Western Railroad Company *v.* City of Noblesville.

[No. 2,263.    Filed September 25, 1896.]

From the Clinton Circuit Court.    *Affirmed.*

*John B. Cockrum*, and *Shirts & Kilbourne*, for appellant.

*John F. Neal*, for appellee.

Gavin, J.—This case is upon its merits identical with that of *Lake Erie, etc., R. R. Co.* v. *City of Noblesville,* 15 Ind. App. 697.    It is, therefore, affirmed.